IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTIN JOSEPH JACOBS                                                      PLAINTIFF

V.                              NO.  4:07CV00615 SWW

PULASKI COUNTY JAIL                                                       DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau.  There have been no objections.  The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing Plaintiff's case in its entirety, without prejudice.  All pending motions are denied as moot.

IT IS SO ORDERED this 5th day of September, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE